**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

No. 09-50812

May 10, 2010

Lyle W. Cayce
Clerk

MARGARET JEANNE TAYLOR-VICK,

Plaintiff - Appellant

v.

CITY OF MIDLAND TEXAS; JESUS ROBLEDO; GUADALUPE BRETADO; GARY PAINTER, County of Midland, Texas Sheriff; MIKE BRADFORD, County Judge; MIDLAND COUNTY, TEXAS,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:08-CV-122

Before JONES, Chief Judge, and HIGGINBOTHAM and ELROD, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.